ORIGINAL

FILED
08 JAN 16 AM 11:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDV DEPUTY

KAREN P. HEWITT
United States Attorney
ANDREW G. SCHOPLER
Assistant U.S. Attorney
California State Bar No. 236585
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
Email: Andrew.Schopler@usdoj.gov

UNSEALED AS OF 1/16/08

~~ORDERED SEALED BY COURT~~

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0132

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEE VAUGHN WALKER (1),<br>aka "Lee Dog",<br>MELVIN ALEXANDER (2),<br>JOSE GALVAN RICO (3),<br>aka "Mija",<br>ELEODORO CASTILLO (4),<br>aka "Onko",<br>DAPHNE ROSALINDA JACKSON (5),<br>aka Daphne R. Rae,<br>BERNAL ANTHONY MITCHELL (6),<br>aka "Tony",<br>ALLEN MATTHEW BAKER Jr. (7),<br>aka "J.R.", aka Tracy Reyard Diggs,<br>aka Marcus Johnson,<br>MICHAEL DWAYNE TRYALS (8),<br>aka "Texas Mike", aka Michael Tryls,<br>aka Dave Brooks, aka Leon Howard<br>Blair, aka Earl David Hollis,<br>BOBBY SHAWN LOCKHART (9),<br>aka "Blue",<br>ALEXANDER WEIR IV (10),<br>aka "Brick",<br>ALEXANDER WEIR V (11),<br>aka "Lil' Brick",<br>FELIPE MEDINA (12),<br>MELVIN ANDRE BIBBS (13),<br>MARK EDWARD RUNNELS (14),<br>aka "Marky Mark",<br><br>Defendants. | Magistrate No. ______<br><br>**MOTION AND ORDER TO FILE COMPLAINT UNDER SEAL AND ORDER THEREON** |

The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for an Order sealing the complaint in the above-captioned matter until further notice.

DATED: January 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney