# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate and that a copy of the foregoing document has been served this day upon:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shaun Khojayan**
  shaun@khojayan.com hashen@khojayan.com
- **Andrew G Schopler**
  Andrew.Schopler@usdoj.gov

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 15, 2008

*s/ Shaun Khojayan*
Shaun Khojayan, Declarant